In the Matter of MABEL L. BROWN, an Incompetent Person.

RICHARD L. BROWN et al., Appellants; THE MECHANICS AND METALS NATIONAL BANK OF THE CITY OF NEW YORK, as Committee of the Person and Property of MABEL L. BROWN, an Incompetent Person, Respondent.

*Incompetent persons — dower — election by incompetent widow between dower and provision in will of deceased husband.*

*Matter of Brown,* 212 App. Div. 677, affirmed.

(Submitted May 5, 1925; decided May 15, 1925.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial

department, entered April 9, 1925, which unanimously affirmed an order of Special Term electing on behalf of Mabel L. Brown, an incompetent person, to take her interest under the provisions made for her in the last will and testament of her late husband, Herbert W. Brown, deceased, and to renounce her dower interest in any and all real property which was of the late Herbert W. Brown, or in which he had an interest, as of the date of his death.

*Raymond E. Aldrich* and *George Wright Hinckley* for appellants.

*Herbert Barry, Henry W. Proffitt* and *John R. Schwartz* for respondent.

Order affirmed, without costs, on opinion of YOUNG, J., below.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.